PARKHATTAN CORPORATION, Appellant, *v.* CHARLES G. COSTER et al., Constituting the Temporary City Housing Rent Commission of the City of New York, Respondents.

Argued May 26, 1949; decided June 3, 1949.

*Emanuel Harris* and *Max E. Greenberg* for appellant.

*George F. Mullay, Nathan W. Math* and *Joseph Jay* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.